## U.S. DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Richard Miller, | ] | |
| | ] | |
| Plaintiff, | ] | **Case No.** 1:06-cv-01071-GK |
| | ] | |
| vs. | ] | |
| | ] | |
| MARK V. ROSENKER, Acting Chair | ] | |
| NATIONAL TRANSPORTATION | ] | |
| SAFETY BOARD, | ] | |
| | ] | |
| Defendant. | ] | |

## NOTICE OF APPEARANCE

Plaintiff respectfully notes the appearance of his counsel:

> Michael J. Snider, Esq. – lead counsel
> Ari Taragin, Esq. – to be noticed
> Jeffery Taylor, Esq. – to be noticed
> Andreas Akaras, Esq. – Of Counsel
> Snider & Associates, LLC
> 104 Church Lane, Suite 201
> Baltimore, MD 21208
> 410-653-9060 voice
> 410-653-9061 fax

Respectfully Submitted,


____/s/_____ 7/5/06
Michael J. Snider, Esq.
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
410-653-9060 voice
410-653-9061 fax