UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER<br>1515 Arlington Ridge Road, Apt. 304<br>Arlington, VA 22202<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>MARK V. ROSENKER, Acting Chair<br>National Transportation Safety Board<br>490 L'Enfant Plaza, S.W.<br>Washington, D.C.  20594<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No: 06-1071 (GK)<br>　　　　ECF |

## **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

　　　　/S/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Attorney Appearance was filed via the Court's Electronic Case Filing system (ECF) on this **4th** day of **January 2007** and is expected to be served by the Court's electronic transmission facilities on: **Michael J. Snider**.

**Michael J. Snider**
**Snider & Associates, LLC**
**104 Church Lane, Suite 100**
**Baltimore, MD 21208**

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar  #483789
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　555 Fourth Street, N.W.,
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 514-7153