UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER,               )<br>                                              )<br>             Plaintiff,           )<br>                                              )<br>      v.                                    )<br>                                              )<br>MARK V. ROSENKER, Acting Chairman,  )<br>NATIONAL TRANSPORTATION      )<br>SAFETY BOARD                      )<br>                                              )<br>             Defendants.          )<br>_____) | Civil Action No. 06-01071 (GK) |

MOTION FOR ENLARGEMENT OF TIME TO REPLY TO THE COMPLAINT

The Defendant, Mark Rosenker, Acting Chairman of the National Transportation Safety Board, through counsel, request an enlargement of time to reply to Plaintiff's Complaint. The reply to the Complaint is presently due on February 20, 2007. Due to the weather, however, the undersigned has been out of the office unexpectedly for several days this week. In addition, Monday the 19th is a holiday and the undersigned will be out of the office. Therefore, Defendant requests that he be allowed to file a reply to the Complaint up to and including February 27, 2007.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing the Defendants some additional time to formulate a response will aid the parties and the Court in the development and resolution of this case. The undersigned left a message with Plaintiff's counsel informing him of the requested relief.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their opposition up to and including February 27, 2007.

Februar 15, 2007    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Extend and accompanying order were filed via the Court's electronic filing system on this February 15, 2007 and is expected to be served by the Court's electronic transmission facilities on:

Michael Snider, Esq.
Snider & Associates, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153