UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER,              )<br>                                           )<br>               Plaintiff,       )<br>                                           )<br>        v.                              )<br>                                           )<br>MARK V. ROSENKER, Acting Chairman, )<br>NATIONAL TRANSPORTATION )<br>SAFETY BOARD             )<br>                                           )<br>               Defendants.    )<br>_____) | Civil Action No. 06-01071 (GK) |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. Defendant may file a reply to the Complaint on or before February 27, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007