## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, | * |
|     Plaintiff, | * |
| |    Civil Action No. 06-01071 (GK) |
| v. | * |
| MARK V. ROSENKER, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD | * |
| | * |
|     Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF APPEARANCE

Jacob Y. Statman, Esq. hereby notes his appearance on behalf of Plaintiff in this matter.

Respectfully Submitted,

___/s/_____
Jacob Y. Statman, Esq. (Bar No. MD16932)
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax
jstatman@sniderlaw.com email

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's electronic filing system on February 28, 2007.

   /s/                           
Jacob Y. Statman, Esq.