UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD MILLER, | * | |
| Plaintiff, | * | |
| | | Civil Action No. 06-01071 (GK) |
| v. | * | |
| MARK V. ROSENKER, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT</u>**

The Plaintiff, Richard L. Miller, by and through his undersigned attorneys from the Law Offices of Snider & Associates, hereby requests an extension of time to respond to Defendant's Motion to Dismiss or in the alternative for Summary Judgment and states as follows:

1. Defendant filed a Motion to Dismiss or in the Alternative for Summary Judgment on February 27, 2007.

2. The Response is currently scheduled to be due on March 13, 2007.

3. Counsel for the Plaintiff is currently scheduled to be away from the office on March 11 – 13, 2007.

4. Additionally, Counsel for the Plaintiff is currently scheduled to be at an EEOC Administrative Hearing in Los Angeles, California from March 19 – March 22, 2007.

5. This extension is sought in good faith and will not unfairly prejudice any party.

6. The undersigned contacted Counsel for the Defendant and she stated that she was un-opposed to any extension that Plaintiff would require.

**WHEREFORE**, for good cause shown the Plaintiff requests that the deadline for responding to the Defendant's Motion to Dismiss or in the alternative for Summary Judgment be extended until March 30, 2007.

                    Respectfully Submitted,

                    __/s/_____
Jacob Y. Statman, Esq. (MD16932)
Michael J. Snider, Esq. (MD24695)
Snider & Associates, LLC
104 Church Lane; Suite 100
Baltimore, Maryland 21208
Phone: (410) 653-9060
Fax: (410) 653-9061
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed via the Court's electronic filing system on March 5, 2007.

                                                   ___/s/_____
                                                   Jacob Y. Statman, Esq.