UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD MILLER, | * | |
| Plaintiff, | * | |
| | | Civil Action No. 06-01071 (GK) |
| v. | * | |
| MARK V. ROSENKER, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROPOSED ORDER**

Having reviewed the Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, it is hereby **ORDERED** that;

Plaintiff's Motion is **GRANTED**. Plaintiff's response is due on or before March 30, 2007.

_____   _____
Judge Gladys Kessler            Date