UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>          Plaintiff, )<br>)<br>          v. )<br>)<br>MARK V. ROSENKER, Acting Chairman, )<br>NATIONAL TRANSPORTATION )<br>SAFETY BOARD )<br>)<br>          Defendant. )<br>                                         ) | Civil Action No. 06-01071 (GK) |

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY AND TO RESCHEDULE CONFERENCE UNTIL AFTER A DECISION ON THE DISPOSITIVE MOTION**

The Defendant, Mark V. Rosenker, Acting Chairman of the National Transportation Safety Board, through counsel, filed a dispositive motion on February 27, 2007. Plaintiff's opposition is due by March 30, 2007. Because agency counsel will be out of the office during the week that Defendant's reply is presently due, Defendant requests a two week extension to file its reply, up to and including April 13, 2007. Counsel for the Plaintiff has consented to the relief sought.

In addition, an initial conference has been set for March 16, 2007. The parties, however, have not concluded their briefings in support of or in opposition to the dispositive motion filed in this action. Therefore, Defendant, with Plaintiff's consent, requests that the initial conference be postponed until after a decision on the dispositive motion has been issued.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that he be allowed to file his reply in support of his dispositive motion up to and including April 13, 2007 and that the initial conference be postponed until after the Court has issued a decision on the dispostive motion.

March 13, 2007                              Respectfully submitted,

                                                    _____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

.