UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-01071 (GK) |
| v. | ) | |
| | ) | |
| MARK V. ROSENKER, Acting Chairman, | ) | |
| NATIONAL TRANSPORTATION | ) | |
| SAFETY BOARD | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. Defendant may file a reply on or before April 13, 2007. In addition, the initial conference set for March 16, 2007 will be postponed until after a decision on the dispositive motion.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007