UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER,           )<br>                           )<br>     Plaintiff,           )<br>                           )<br>     v.                    )<br>                           )<br> MARK V. ROSENKER, Chairman,)<br> NATIONAL TRANSPORTATION   )<br> SAFETY BOARD              )<br>                           )<br>     Defendant.            )<br>                           ) | Civil Action No. 06-01071 (GK) |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for the Defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)