UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER,                          )
                                         )
                    Plaintiff,           )
                                         )        Civil Action No. 06-01071 (GK)
            v.                           )
                                         )
MARK V. ROSENKER, Acting Chairman,       )
NATIONAL TRANSPORTATION                  )
SAFETY BOARD                             )
                                         )
                    Defendant.           )
_____ )

### CONSENT MOTION TO EXTEND TIME TO FILE REPLY

The Defendant, Mark V. Rosenker, Acting Chairman of the National Transportation Safety Board, through counsel, filed a dispositive motion on February 27, 2007. Plaintiff's opposition is due by March 30, 2007. Because agency counsel will be out of the office for part of the week that Defendant's reply is presently due, Defendant requests an extension to file its reply, up to and including April 18, 2007. Counsel for the Plaintiff has consented to the relief sought.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that he be allowed to file his reply in support of his dispositive motion up to and including April 18, 2007.

March 16, 2007                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153



.