UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER,<br><br>    Plaintiff,<br><br> v.<br><br>MARK V. ROSENKER, Acting Chairman,<br>NATIONAL TRANSPORTATION<br>SAFETY BOARD<br><br>    Defendant. | Civil Action No. 06-01071 (GK) |

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, it is hereby ordered that the motion is granted. Defendant may file a reply on or before April 18, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007