UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER,                          *

    Plaintiff,                          *
                                         Civil Action No. 06-01071 (GK)

v.                                       *

MARK V. ROSENKER, Chairman,              *
NATIONAL TRANSPORTATION
SAFETY BOARD                             *

    Defendant.                          *

      *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

    The Plaintiff, Richard L. Miller, by and through his undersigned attorneys from the Law Offices of Snider & Associates, hereby requests an additional extension of time to respond to Defendant's Motion to Dismiss or in the alternative for Summary Judgment and states as follows:

1. Defendant filed a Motion to Dismiss or in the Alternative for Summary Judgment on February 27, 2007.

2. Plaintiff requested an un-opposed extension until March 30, 2007, to file his opposition.

3. The motion was granted, and the Opposition is currently scheduled to be due on or before March 30, 2007.

4. Michael J. Snider, the lead attorney on the case will be out of the country from March 26 – April 18, 2007.

5. Initially when Plaintiff filed his first request for an extension of time, Co-counsel Jacob Y. Statman believed that Mr. Snider would not be leaving the country until March 29, 2007.

6. Additionally, the law firm of Snider & Associates, LLC, is closed from April 2, 2007 – April 11, 2007 for the Passover Holiday.

7. This extension is sought in good faith and will not unfairly prejudice any party.

8. The undersigned contacted Counsel for the Defendant and she stated that she was un-opposed to Plaintiff's request for extension.

**WHEREFORE**, for good cause shown the Plaintiff requests that the deadline for responding to the Defendant's Motion to Dismiss or in the alternative for Summary Judgment be extended until April 30, 2007.

Respectfully Submitted,

__/s/_____
Jacob Y. Statman, Esq. (MD16932)
Michael J. Snider, Esq. (MD24695)
Snider & Associates, LLC
104 Church Lane; Suite 100
Baltimore, Maryland 21208
Phone: (410) 653-9060
Fax: (410) 653-9061
Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was filed via the Court's

electronic filing system on March 26, 2007.


____/s/_____
Jacob Y. Statman, Esq.