UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD MILLER, | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No. 06-01071 (GK) |
| MARK V. ROSENKER, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED ORDER

Having reviewed the Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, it is hereby **ORDERED** that;

Plaintiff's Motion is **GRANTED**. Plaintiff's response is due on or before April 30, 2007.

_____  _____
    Judge Gladys Kessler        Date