UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD MILLER, | * | |
| Plaintiff, | * | Civil Action No. 06-01071 (GK) |
| v. | * | |
| MARK V. ROSENKER, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

Jacob Y. Statman, Michael J. Snider, and the Law Offices of Snider & Associates, LLC, hereby move, pursuant to LCvR 83.6(c) to withdraw as counsel on behalf of Plaintiff, Richard L. Miller in connection with the above captioned matter and as grounds therefore state as follows:

1. No trial date has been set in the above captioned matter.

2. The Plaintiff, Richard L. Miller has requested that the undersigned attorneys and the Law Offices of Snider & Associates, LLC, immediately withdraw from his cases currently pending before the United States District Court for the District of Columbia.

3. These cases include the above captioned case as well as Case No. 05-2478.

4. The undersigned has informed the Plaintiff that an opposition to the Defendant's Motion to Dismiss or in the Alternative for Summary Judgment is currently scheduled to be due on April 30, 2007.

5. The undersigned has also informed the Plaintiff that the exchange of witness lists is currently scheduled to be due on April 15, 2007.

6. Allowing the undersigned to withdraw as counsel for Plaintiff will not unduly delay trial of the case nor will it be unfairly prejudicial to any party.

WHEREFORE, for all of the foregoing reasons, Jacob Y. Statman, Michael J. Snider, and the Law Offices of Snider & Associates, LLC, respectfully request that their motion be granted and that the Court enter an order authorizing their withdrawal from this case on behalf of Plaintiff.

Respectfully Submitted,

\_\_\_/s/_____
Jacob Y. Statman, Esq. (Bar No. MD16932)
Michael J. Snider, Esq. (Bar No. MD24695)
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax
Attorneys for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed via the Court's electronic filing system on April 12, 2007.

Additionally, I hereby certify that a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL and a notice advising the Plaintiff to obtain other counsel, or if he intends to conduct the case *pro se* or to object to the withdrawal, to so notify the clerk in writing within five days of service of the Motion was mailed via first class mail, postage pre-paid to:

Richard L. Miller
1515 Arlington Ridge Road; Apt. 304
Arlington, Virginia 22202

                                              /s/
                                       Jacob Y. Statman, Esq.