**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RICHARD MILLER, | * | |
| Plaintiff, | * | |
| | | Civil Action No. 06-01071 (GK) |
| v. | * | |
| MARK V. ROSENKER, Chairman, NATIONAL TRANSPORTATION SAFETY BOARD | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROPOSED ORDER**

Having reviewed the Law Offices of Snider & Associates' Motion to Withdraw as Counsel; it is this ___ day of _____, 2007 hereby **ORDERED** that:

The Motion is **GRANTED.**

_____
Judge Gladys Kessler