UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD MILLER,            *

    Plaintiff,               *

                                     Civil Action No. 06-01071 (GK)

v.                             *

MARK V. ROSENKER, Chairman,      *
NATIONAL TRANSPORTATION
SAFETY BOARD                *

    Defendant.           *

      * * * * * * * * * * * * * * *

## ~~PROPOSED~~ ORDER

Having reviewed the Law Offices of Snider & Associates' Motion to Withdraw as Counsel; it is this _12th_ day of _April_, 2007 hereby **ORDERED** that:

The Motion is **GRANTED**.

_____
Judge Gladys Kessler