IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD L. MILLER** | \| |
| **Plaintiff** | \| |
| v. | \| Civil Action No. 1:05-cv-02478 |
| **MARK V. ROSENKER** | \| |
| **Defendant** | \| |

**PRAECIPE CLARIFYING STATUS OF COUNSEL**

The Court is asked to take note of the following:

1. The Plaintiff in the above captioned matter, Richard Miller, filed three cases against the Defendant, Mark V. Rosenker, as chair of the National Transportation Safety Board. All three cases involve claims of employment discrimination.

2. On December 28, 2005, Mr. Miller filed a *pro se* complaint in the matter bearing Case No. 1:05-cv-02478(GK). On July 5, 2006, Michael J. Snider entered his appearance on behalf of Plaintiff Miller. The undersigned never entered an appearance in this matter.

3. On June 9, 2006, Plaintiff Miller, by and through the undersigned, filed a complaint in the matter bearing Case No. 1:06-cv-01071(GK). On July 5, 2006 Michael J. Snider entered his appearance in 1:06-cv-01071 on behalf of Plaintiff (Docket No. 3).

4. Intending to withdraw from 1:06-cv-0107, on July 26, 2006, the undersigned filed a withdrawal of appearance. It was, however, mistakenly filed in Case No. 1:05-cv-02478 (GK) (Docket No. 16).

5. On March 21, 2007, Mr. Miller filed another *pro se* complaint this time bearing Case No. 1:07-cv-00562(GK). The undersigned never entered an appearance in this matter.

6. The undersigned has had no communication whatsoever with Mr. Miller since July 2006.

7  The undersigned hereby reiterates his intention to withdraw from Case No. 1:06-cv-01071, and his withdrawal mistakenly filed in Case No. 1:05-cv-02478 should be deemed filed in 1:06-cv-01071 *nunc pro tunc* as of July 26, 2006.

Respectfully submitted,

_____
Thomas J. Gagliardo
D.C. Bar No. 192575
8403 Colesville Road, Suite 860
Silver Spring, Maryland 20910
301 589 1900   FAX 301 589 1985

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent by electronic means to:

ANDREA McBARNETTE, AUSA
JANE M. LYONS, AUSA
Attorneys for Defendant
Office of the U.S. Attorney
555 4th Street, N.W., Room E-4822
Washington, D.C. 20530
jane.lyons@usdoj.gov

and

Michael J. Snider, Esq.
Snider & Associates LLC
104 Church Lane, Suite 100
Baltimore, Maryland 21208
mike@sniderlaw.com

on this 15th day of OCTOBER 2007

Thomas J. Gagliardo