UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>            Plaintiff, )<br>) <br>       v. )<br>)<br>MARK V. ROSENKER, Acting Chairman, )<br>NATIONAL TRANSPORTATION )<br>SAFETY BOARD )<br>)<br>            Defendant. )<br>_____ ) | Civil Action No. 06-01071 (GK) |

**MOTION TO EXTEND**

The Defendant, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file a reply in support of his dispositive motion.  Specifically, Defendant requests that he be allowed to file a dispositive motion in response to the complaint by December 21, 2007.  The present answer is due on November 30, 2007.  The undersigned left two messages with the *pro se* Plaintiff requesting consent to the relief sought but had not heard back from Plaintiff about Plaintiff's position on the relief sought before the filing of the herein motion.  Due to their work load in other cases, the holidays and vacation schedules, both agency counsel and the undersigned require additional time in order to have an opportunity to consult with each other regarding the reply in support of the dispositive motion.  Therefore, Defendant seeks an enlargement of time to file a reply up to and including December 21, 2007.  This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to respond to the complaint be extended until December 21, 2007.

Dated: November 28, 2007		Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153