# Discrimination Complaint Process (29 CFR 1614)








