UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK V. ROSENKER, Chairman, )<br>National Transportation Safety Board, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1071 (GK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Andrea McBarnette as counsel for Defendant in the above-captioned case.

Dated: February 11, 2008
       Washington, D.C.

Respectfully submitted,

  /s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of February, 2008, a true and correct copy of the above Notice of Substitution of Counsel was served upon *pro se* Plaintiff Richard Miller, by first class United States mail, postage prepaid, to:

Richard Miller
1515 S. Arlington Ridge Rd., #304
Arlington, VA 22202

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov