UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RICHARD MILLER                          )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )          Civil Action No. 1:06-cv-01071 (GK)
                                        )
MARK V. ROSENKER, CHAIRMAN              )
NATIONAL TRANSPORTATION                 )
SAFETY BOARD                            )
                                        )
                    Defendant.          )
_____         )

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Carl S. Nadler as counsel for

Plaintiff, Richard Miller, in the above-captioned case.


July 10, 2008


                              _____/s/_____
                              CARL S. NADLER (DC Bar No. 395729)
                              HELLER EHRMAN LLP
                              1717 Rhode Island Avenue, NW
                              Washington, D.C.  20036
                              (202) 912-2000
                              (202) 912-2020 (fax)
                              carl.nadler@hellerehrman.com

## <u>CERTIFICATE OF SERVICE</u>

      I, Carl S. Nadler, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 10, 2008.


_____/s/_____
CARL S. NADLER