UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK V. ROSENKER, Chairman, National )<br>Transportation Safety Board )<br>)<br>Defendant. )<br>) | Civil Action Nos.<br>06-1071 (GK) and 07-0562 (GK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's unopposed motion to continue the August 21, 2008, scheduling conference, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the scheduling conference is hereby continued to September \_\_\_\_\_, 2008 at _____ a.m./p.m.

_____   _____
Date                                                                GLADYS KESSLER
                                                                            United States District Judge

Copies to Counsel of Record by CM/ECF.