UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action Nos. 06-1071 (GK) |
| MARK V. ROSENKER, Chairman, National Transportation Safety Board | ) ) ) |
| Defendant. | ) ) ) |

## MOTION FOR PRO HAC VICE ADMISSION OF DAVID A. YOUNG

Carl S. Nadler, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for David A. Young to appear in this action as counsel for plaintiff Richard Miller. In support of this Motion for Admission *Pro Hac Vice*, it is stated as follows:

1. The name, address and telephone and facsimile numbers of David A. Young are:

> David A. Young
> Heller Ehrman LLP
> 1717 Rhode Island Avenue, NW
> Washington, DC  20036
> Telephone:  (202) 912-2000
> Facsimile:  (202) 912-2020

2. Mr. Young is a member of the firm of Heller Ehrman LLP, counsel for plaintiff. Movant requests the permission of the Court for Mr. Young to appear *pro hac vice* on behalf of plaintiff in connection with the above-captioned action.

3. Mr. Young is an active member in good standing of the Bar of the State of New York. Mr. Young has a pending application to the Bar of the District of Columbia Court of

Appeals. He was informed by letter on August 26 that the Committee on Admissions has certified his admission, but the earliest date he was provided to be sworn in and admitted is September 12, 2008.

4.  Mr. Young has never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5.  Mr. Young has not previously been admitted *pro hac vice* in this Court.

6.  Mr. Young has represented to me that he is familiar with the Local Rules of this Court.

Dated: September 3, 2008                                 Respectfully submitted,

          / s / Carl S. Nadler
Carl S. Nadler
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC  20036
Phone: 202-912-2000
Fax: 202-912-2020

**CERTIFICATE OF SERVICE**

     I, Carl S. Nadler, hereby certify that I filed a copy of the foregoing document with the Court on September 3, 2008, through the ECF filing system, which will cause a copy to be served upon all counsel of record.

                                                   / s /  Carl S. Nadler
                                                      Carl S. Nadler