UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK V. ROSENKER, Chairman, )<br>National Transportation Safety Board )<br>)<br>Defendant. )<br>) | Civil Action Nos. 06-1071 (GK) |

## **DECLARATION OF DAVID A. YOUNG**

I, David A. Young, hereby declare:

1. My full name, address and telephone and facsimile numbers are:

   David A. Young
   Heller Ehrman LLP
   1717 Rhode Island Avenue, NW
   Washington, DC 20036
   Telephone: (202) 912-2000
   Facsimile: (202) 912-2020

2. I am an active member in good standing of the Bar of the State of New York.

3. I engage in the practice of law from an office located in the District of Columbia, under supervision of principals of the firm Heller Ehrman LLP. I have a pending application to the Bar of the District of Columbia Court of Appeals. I was informed by letter on August 26 that the Committee on Admissions has certified my admission, but the earliest date I was provided to be sworn in and admitted is September 12, 2008.

4. I have never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

Dated this 3rd day of September, 2008.

_____
David A. Young