UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MARK V. ROSENKER, Chairman,  )<br>National Transportation Safety Board  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action Nos. 06-1071 (GK) |

**[PROPOSED] ORDER**

The Motion for Admission *Pro Hac Vice* seeking permission for David A. Young to appear in this action as counsel for plaintiff Richard Miller, having been heard and considered,

It is HEREBY ORDERED this _____ day of September, 2008 that David A. Young is admitted to appear *Pro Hac Vice* in the above-captioned action.

_____
GLADYS KESSLER
United States District Judge